# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAISUKE YOSHIDA,

Plaintiff,

v.

ULTRACORE SYSTEMS, LLC,

Defendant.

Case No. 1:26-cv-01953-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 16)

On October 12, 2026, the parties filed a joint stipulation dismissing the action with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims. (Doc. 16). In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims. Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE